1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SONGKRA KROEUNG,                          No.  2:15-cv-0785 KJN P

12                  Petitioner,

13        v.                                   ORDER

14   JEH CHARLES JOHNSON, et al.,

15                  Respondents.

16

17            Petitioner, detained in Yuba County Jail and proceeding pro se, has filed an application

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an in

19   forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a);

20   1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate

21   affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

22            In accordance with the above, IT IS HEREBY ORDERED that:

23            1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee.  Petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed.

26   ////

27   ////

28   ////

1

1       2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  Dated:  April 21, 2015

4

5  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

6

7

8  /kroe0785.101a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28