UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONGKRA KROEUNG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>　　　　　Respondents. | No. 2:15-cv-0785 KJN P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner, proceeding pro se and in forma pauperis, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner has filed a request to proceed in forma pauperis. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

　　　　Petitioner has requested appointment of counsel in this matter. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

////

Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer or a motion to dismiss.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis (ECF No. 6) is granted.

2. Petitioner's motion for appointment of counsel (ECF No. 7) is granted. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

4. A status conference is set for June 18, 2015, at 10:00 a.m., in Courtroom 25.

5. All parties shall appear at the status conference by counsel.

6. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

   a. Discovery and investigations;

   b. Anticipated motions;

   c. The need for and timing of an evidentiary hearing;

   d. Enumeration and resolution of unexhausted claims; and

   e. Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

7. Respondents are directed to file an answer or a motion to dismiss within <u>thirty</u> days from the date of this order. If an answer is filed, respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

8. Petitioner's traverse, if any, is due on or before <u>thirty</u> days from the date respondents' answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss.

////

////

10. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

Dated: May 19, 2015

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kroe0785.100+110a.2241