UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONGKRA KROEUNG, | No. 2:15-cv-0785 KJN P |
| Petitioner, | |
| v. | ORDER |
| JEH CHARLES JOHNSON, et al., | |
| Respondents. | |

Petitioner, a Cambodian national released on parole by the State of California to the custody of United States Immigrations and Customs Enforcement ("ICE"), has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges his continued detention by ICE. The court previously set a status conference in this matter, and directed counsel for petitioner and respondents to file status reports in advance of the conference. (See ECF No. 8.)

The status conference came on for hearing before the undersigned on June 18, 2015, at 10:00 a.m., in Courtroom 25. Assistant Federal Defender Carolyn M. Wiggin appeared on behalf of petitioner and Assistant U.S. Attorney Audrey B. Hemesath appeared on behalf of respondents.

Respondents' counsel made the following representations to the court:

- Approximately two weeks ago, the Cambodian government conducted batch interviews of 43 Cambodian nationals detained in York, Pennsylvania.

1

- As of Monday, June 15, 2015, the Cambodian government had informally indicated its willingness to issue travel documents to 40 of the 43 detainees who were interviewed.
- A formal response from the Cambodian government is expected in the next one to two weeks.[1]
- It is expected that petitioner would be transported to Cambodia one to two months after the date on which Cambodian government issues him a travel document (assuming he is one of the approved 40).  Petitioner would have priority for transportation due to his filing of the instant habeas petition.
- If the Cambodian government does not issue petitioner a travel document, respondents would likely not oppose his release from detention.

Petitioner's counsel indicated to the court that she had no additional information beyond that provided by respondents' counsel.  Petitioner's counsel also requested that petitioner be immediately released from his current detention to a location previously approved by the California parole authorities, that petitioner be required to check in with ICE authorities daily, and suggested that, if necessary, petitioner's release be subject to additional conditions such as the wearing of an ankle monitor.

The court, having carefully considered the applicable law, as well as the parties' representations and arguments, HEREBY ORDERS the parties to file, no later than July 2, 2015, one of the following:

1. A motion to dismiss the petition to be filed by respondents, together with a jointly agreed-upon expedited briefing schedule for petitioner's opposition; or
2. A joint stipulation regarding the proposed handling of this matter.

Dated:  June 19, 2015

/kroe0785.status

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] It is unclear to the court whether a travel document for petitioner would issue on this date or on some unspecified future date.  Any briefing pursuant to the order herein should address this point.