BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONGKRA KROEUNG,<br><br>        Petitioner,<br><br>    v.<br><br>JEH CHARLES JOHNSON, *et al.*,<br><br>        Respondents. | No. 2:15-cv-0785 KJN P<br><br>**Stipulation and Proposed Order** |

      The parties last appeared before the Court on June 18, 2015, at which time undersigned counsel for the government indicated that there was cause for optimism that a travel document would issue from Cambodia for Petitioner in the reasonably foreseeable future. Now attached is a declaration from Officer Treven Hudson confirming that Petitioner has been tentatively approved for a travel document. Attachment A at ¶ 7. Officer Hudson establishes a timeline for the formal issuance of a travel document, based on his experience, at another two months. Attachment A at ¶ 8.

      Accordingly, the parties stipulate to file a further status report on September 2, 2015, at which time the parties will indicate any update and any appropriate briefing schedule.

Dated: July 1, 2015                     Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant United States Attorney

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        /s/ Carolyn Wiggin
                                        CAROLYN WIGGIN
                                        Assistant Federal Defender


                              ORDER

    Pursuant to the joint stipulation, and for the reasons set forth therein, the parties are ordered to file a status report by September 2, 2015.

Dated:  July 6, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ii