BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONGKRA KROEUNG,<br><br>             Petitioner,<br><br>      v.<br><br>JEH CHARLES JOHNSON, *et al.*,<br><br>             Respondents. | No. 2:15-cv-785 KJN (HC)<br><br>**Stipulation and ~~Proposed~~ Order** |

  The parties previously stipulated to file a status report in this case on September 2, 2015, indicating any update and, if appropriate, a briefing schedule.  Now attached is a declaration from Officer Julius Clinton confirming that Petitioner Songra Kroeng remains on the approved travel document list, but indicating that due to unforeseen delay, the travel document itself has not yet been signed by the Cambodian official authorized to sign.  The signature is expected to happen within one week.  Attachment A at ¶ 7.  Once the travel document is signed, it is still estimated that travel will occur within one to two months.  Attachment A at ¶ 7.

  Accordingly, the parties stipulate to file a further status report on September 17, 2015.  If a travel document has not been signed by September 17, 2015, Mr. Kroeung intends to file a motion that day for release from custody and calendar it for October 15, 2015, at 10 a.m.  If a travel document is signed by

September 17, 2015, the parties will file a status report that day stating that the travel document has been signed and setting a future date by which time the parties will either file a new status report or Mr. Kroeung will file a motion for release from custody if a firm travel date has not been arranged.

Dated: September 2, 2015                    Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Audrey B. Hemesath
                                                  AUDREY B. HEMESATH
                                                  Assistant United States Attorney

                                                  HEATHER WILLIAMS
                                                  Federal Defender

                                                  /s/ Carolyn Wiggin
                                                  CAROLYN WIGGIN
                                                  Assistant Federal Defender

## [PROPOSED] ORDER

Pursuant to the joint stipulation, and for the reasons set forth therein, IT IS HEREBY ORDERED that:

1. The parties are directed to file a further status report on September 17, 2015 indicating whether a travel document has been signed. If a travel document has been signed, the status report shall specify a future date by which the parties will either file a new status report or Mr. Kroeung will file a motion for release from custody if a firm travel date has not been arranged

2. If a travel document has not been signed by September 17, 2015, Mr. Kroeung is granted leave to file a motion that day for release from custody, to be heard by the undersigned on October 15,

2015 at 10 a.m.  If Mr. Kroeung files a motion for release for custody, respondents are directed to file either an opposition or statement of non-opposition to the motion no later than October 1, 2015.  Mr. Kroeung's reply, if any, is due no later than October 8, 2015.

Dated:  September 8, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kroe0785.stip.2d

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28