BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov


Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| SONGKRA KROEUNG, | ) No. 2:15-cv-0785 KJN P |
| Petitioner, | ) **Stipulation and ~~Proposed~~ Order** |
| v. | ) |
| JEH CHARLES JOHNSON, *et al.*, | ) |
| Respondents. | ) |

The parties provided an additional status update in this case.  Attached is a declaration from Officer Julius Clinton confirming that the travel document for Petitioner Songra Kroeng has been signed. Attachment A at ¶7.  It is still estimated that travel will occur within one to two months.  Attachment A at ¶ 7.

Accordingly, the parties stipulate to file a further status report on October 20, 2015.

Dated: September 15, 2015                    Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney


                                              /s/ Audrey B. Hemesath
                                             AUDREY B. HEMESATH
                                             Assistant United States Attorney


                                             HEATHER WILLIAMS
                                             Federal Defender

                                             /s/ Carolyn Wiggin
                                             CAROLYN WIGGIN
                                             Assistant Federal Defender


[PROPOSED] ORDER

      Pursuant to the joint stipulation, and for the reasons set forth therein, the parties are directed to

file a further status report on October 20, 2015.

Dated:  September 28, 2015


                                   _____
                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE