HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Petitioner
SONGKRA KROEUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONGKRA KROEUNG,<br><br>    Petitioner,<br><br>          vs.<br><br>JEH CHARLES JOHNSON, ET AL.,<br><br>    Respondent. | Case No. 2:15-cv-00785 KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PETITION AS MOOT**<br><br>Judge:  Hon. Kendall J. Newman |

    Petitioner Songkra Kroeung's petition for a writ of habeas corpus challenged his detention by the Bureau of Immigration and Customs Enforcement ("ICE").

    Mr. Kroeung has now been deported to Cambodia and is no longer in ICE custody.  Mr. Kroeung's challenge to his detention is therefore moot.

//
//
//
//
//
//

Pursuant to 28 U.S.C. Section 636(c), the parties consent to the United States Magistrate Judge entering a final order dismissing this case.

Dated: October 20, 2015

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Carolyn M. Wiggin*
                CAROLYN M. WIGGIN
                Assistant Federal Defender

                Attorney for Petitioner
                SONGKRA KROEUNG


                BENJAMIN B. WAGNER
                United States Attorney

                */s/ Audrey B. Hemesath*
                Audrey B. Hemesath
                Assistant United States Attorney
                Attorney for the Respondents

---

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the petition be dismissed as moot.

    IT IS SO ORDERED.

Dated:  October 27, 2015

                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

/kroe0785.stip.dism